

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00267-CV

———————————————

ABIGAIL SUMIGCAY RAMOS-ARAUSA, Appellant

V.

JOSE SAMUEL ARAUSA, Appellee

On Appeal from the 367th District Court
Denton County, Texas
Trial Court No. 22-0134-367

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's unopposed motion to voluntarily dismiss her appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered: December 21, 2023